# Exhibit 4

```
Law offices: "WEST & ASSOCIATES"
AL WEST Esq., Sbn 134456
700 N. Pacific Coast Hwy #201
Redondo Beach, Calif.   90277
310.374.4141 * 310.372.4137
WestandAssociates1@GMail.Com

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION, FIRST STREET COURTHOUSE

| | |
|---|---|
| DANIEL W. ROBINSON; DARLA J. ROBINSON; AND MIGUEL A. CABRERA, <br><br> Plaintiffs; <br><br> vs <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND; DOES 1-25, inclusive, <br><br> Defendant. | CASE # 2:18-cv-08209-PA-MRW <br><br> PLAINTIFFS NOTICE OF DISMISSAL UNDER FED.R.CIV.P. 41(a)(1) <br><br> Date: November 5, 2018 <br> Time: 1:30 p.m. <br> Ctrm: 9A, 9th Floor <br><br> Honorable Judge Percy Anderson <br> Magistrate Judge Michael R. Wilner |

- 1 –
PLAINTIFFS NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO
FED.R.CIV.P. 41(a)(1)

Exhibit 4 - Page  161

TO THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES HEREIN, PLEASE TAKE NOTICE THAT on November 1, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9A of the above-entitled Court, located at 350 W. 1st St., Los Angeles, CA 90012, Plaintiffs Daniel W. Robinson; Darla J. Robinson; and Miguel A. Cabrera ("Plaintiffs") , will and hereby do move to dismiss the case without prejudice.

This motion is based upon the grounds that:

1. Under Fed.R.Civ.P. 41(a)(1), Plaintiffs may give appropriate notice of a desire to dismiss their case without prejudice.

This Notice is made pursuant to Fed.R.Civ.P. 41(a)(1). This notice is based upon this notice, the accompanying memorandum of points and authorities, all pleadings and papers on file in the above-captioned action, and other evidence that may be presented by Plaintiffs at the hearing on this motion.

Dated this 9TH day of October, 2018

Al West, Esq.
Attorney for Plaintiffs

## NOTICE TO DISMISS WITHOUT PREJUDICE

Under Rule 41(a)(1), a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. See *Hamilton v. Shearson–Lehman American Express, Inc.*, 813 F.2d 1532, 1534 (9th Cir.1987). Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). *Miller v. Reddin*, 422 F.2d 1264, 1265 (9th Cir.1970). The dismissal is effective on filing and no court order is required. *Id*. The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir.1993). Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. *McKenzie v. Davenport–Harris Funeral Home*, 834 F.2d 930, 934–35 (9th Cir.1987); see 5 Moore's Federal Practice ¶ 41.02[2]. Such a dismissal leaves the parties as though no action had been brought. *Brown v. Hartshorne Public School Dist. No. 1*, 926 F.2d 959, 961 (10th Cir.1991).

## III.
## CONCLUSION

Based upon the foregoing, this court should properly dismiss this case without prejudice upon this timely notice.

Dated October 9, 2018

*/s/ Al West*
Al West Esq
Attorney for Plaintiffs

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF
I have read the foregoing _____ and know its contents.

☐ CHECK APPLICABLE PARAGRAPH

☐ I am a party to this action. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner_____ ☐ a_____ of _____
a party to this action, and am authorized to make this verification for an on its behalf, and I make this verification for that reason. I have read the foregoing document and know its contents. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for_____ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that the maters stated in it are true.
Executed on_____ 20____ at_____California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Signature of _____

## ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENT
(Other than Summons and Complaint)

Receive copy of document described as _____
_____on_____ 20_____.

_____
Signature

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF
I am employed in the county of _____LOS ANGELES_____, State of California
I am over the age of 18 and not a party to the within action; my business address is: _____
_____700 N PACIFIC COAST HWY #201, REDONDO BEACH, CA 90277_____
On ___OCT 09 2018_____ 20____, I served the foregoing document described as_____
_____OCT 09___PLAINTIFF'S REQUEST FOR DISMISSAL _____
_____ on ____ DEFENDANTS _____
in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at : _____REDONDO BEACH_____
addressed as follows:   REED SMITH LLP
                        355 SOUTH GRAND AVE. # 2900
                        LOS ANGELES, CA 90071-1514

☑ (BY MAIL) I caused such envelope and postage thereon fully prepaid to be placed in the United States mail.
Executed on___OCT 09 2018___, 20____, at ____REDONDO BEACH, California.

☐ (BY E-MAIL) I caused such Pleadings to be forwarded by Internet E-Mail transmission.
Executed on_____, 20_____, from___REDONDO BEACH, California.

☐ (BY FACSIMILE) I caused such Pleadings to be forwarded by telephonic Facsimile transmission.
Executed on_____, 20_____, from___REDONDO BEACH, California.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of addressee.
Executed on _____, 20_____, at _____, California.

☑ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar and of this court at whose direction the these documents were served.

_Nubia Barreras_
NUBIA BARRERAS

Exhibit 4 - Page 164