# Exhibit 5

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-8209 PA (MRWx) | Date | October 10, 2018 |
|---|---|---|---|
| Title | Daniel Robinson, et al. v. Mortgage Electronic Registration Systems, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS — COURT ORDER**

     Plaintiffs Daniel Robinson, Darla Robinson, and Miguel Cabrera have filed a Notice of Dismissal Under Federal Rule of Civil Procedure 41(a)(1), in which plaintiffs seek to dismiss their action without prejudice.  Because defendant has not filed an Answer or Motion for Summary Judgment, plaintiffs may voluntarily dismiss their action without a court order.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(i).  The Court therefore dismisses this action without prejudice.  Defendant's Motion to Dismiss (Docket No. 11) is denied as moot.

     IT IS SO ORDERED.